NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLIED MATERIALS, INC.,**
*Plaintiff-Appellee,*

**v.**

**MULTIMETRIXS, LLC, MARK KESEL,
BORIS KESIL, and ELIK GERSHENZON,**
*Defendants-Appellants.*

---

2010-1149, -1150

---

Appeal from the United States District Court for the Northern District of California in No. 06-CV-7372, Judge Marilyn Hall Patel.

---

**JUDGMENT**

---

ROHIT K. SINGLA, Munger, Tolles & Olson, LLP, of San Francisco, California, argued for plaintiff-appellee. With him on the brief were VIRGINIA L. BOESCH and SARALA V. NAGALA.

JEFFREY I. KAPLAN, Kaplan Gilman & Pergament LLP, of Woodbridge, New Jersey, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 9, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |